# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN MANTA; AND MARIANA
MANTA, HUSBAND AND WIFE,
                  Appellants,
vs.
SUNRIDGE HEIGHTS HOMEOWNERS
ASSOCIATION, A NEVADA
NONPROFIT CORPORATION,
                  Respondent.

No. 69525



FILED

JUL 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]



_____C. J.

cc:    Hon. Gloria Sturman, District Judge
       Janet Trost, Settlement Judge
       Gordon & Rees, LLP
       Boyack Orme & Taylor
       Eighth District Court Clerk

---

[1]The parties' remaining requests for relief are more appropriately sought in the district court.

16-21941